# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18-CV-61732 FAM / BSS

Plaintiff:
**PATRICIA KENNEDY,**

vs.

Defendant:
**DW CL V, LLC., DBA CROSSLAND ECONOMY STUDIOS, et. al.,**

For:
KATHY L. HOUSTON
THOMAS B. BACON, P.A.
15321 South Dixie Highway
# 311
Miami, FL  33156

Received by CAPLAN AND CAPLAN PROCESS SERVICE on the 2nd day of August, 2018 at 2:57 pm to be served on **CL OPCO LLC. DBA CROSSLANDS FORT LAUDERDALE C/O CAPITOL CORPORATE SERVICES, INC., REGISTERED AGENT, 515 EAST PARK AVENUE, 2ND FLOOR, TALLAHASSEE, FL 32301**.

I, ERIC L. LARSON, do hereby affirm that on the **3rd day of August, 2018** at **12:00 pm, I:**

served a Limited Liability Company by delivering a Certified copy of Summons In A Civil Action (21) days, Complaint and Spoliation Letter with date, hour and initials of process server endorsed thereon by me, to: CAPITOL CORPORATE SERVICES, INC as REGISTERED AGENT for CL OPCO LLC. DBA CROSSLANDS FORT LAUDERDALE, at the address of: 515 EAST PARK AVENUE, 2ND FLOOR, TALLAHASSEE, FL 32301, and informed said person of the contents therein, and informed said person of the contents therein, in compliance pursuant to Fed.R.Civ.P. 4(h)(1)(b)

**Additional Information pertaining to this Service:**
RYAN HART, CLERK FOR RA, WM 35 YRS 6'2 220 LBS BROWN HAIR NO GLASSES

Under penalty of perjury,  I declare that I have read the forgoing Verified return of Service and the facts stated in it are true, that  I  that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also certify that the above stated facts are correct to the best of my knowledge..  Pursuant to F.S. 92.525(2), Notary not required.

**ERIC L. LARSON**
CPS #063, 2ND JUDICIAL CIRCUIT

**CAPLAN AND CAPLAN PROCESS SERVICE**
**33 Sw 2nd Avenue**
**Ste 402**
**Miami, FL 33130**
**(305) 374-3426**
Our Job Serial Number: CPN-2018025658
Ref: 25658

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n