UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:18-cv-61732-FAM

PATRICIA KENNEDY, Individually
      Plaintiff

v.

DW CL V, LLC a Delaware Limited Liability
Company dba Crossland Economy Studios and
CL OPCO LLC, a Delaware Limited Liability
Company dba Crosslands Fort Lauderdale
      Defendants
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, Patricia Kennedy ("Plaintiff"), by and through undersigned counsel, files this

Notice of Entry of Parties, requesting the addition of Alvin Capp as the mediator selected by the

parties in this matter.  Mr. Capp's contact information is as follows:

Alvin Capp, UPchuch, Watson, White & Max
Royal Palm II at Southpointe, Suite 410, 900 S. Pine Island Road
Plantation, FL 33324
Tel. 954-423-8856
Email capplaw@comcast.net

Dated this 8th day of October, 2018.

Respectfully Submitted,

Attorneys for Plaintiff

Kathy L. Houston, Esq., Of Counsel
THOMAS B. BACON, P.A.
15321 S. Dixie Highway, Suite 205
Miami, FL 33157
Phone: (305) 420-6609
Fax: (786) 441-4416
Email: courtdocs@houstonlawfl.com

By:____ /s/ Kathy L. Houston_____
Kathy L. Houston, Esq.
FBN: 56042

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document is being served this 8th day of October, 2018, on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF system.

By: _____*/s/ Kathy L. Houston*_____
Kathy L. Houston, Esq.